IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| REYBOLD VENTURE GROUP, XVI, LLC, | § § § | No. 413, 2025 |
| Plaintiff Below, Appellant, | § § | |
| | § | Court Below–the Superior |
| v. | § § | Court of the State of Delaware |
| TESLA INDUSTRIES, INC., | § § | C.A. No. N23C-12-049 |
| Defendant Below, Appellee. | § § § | |

Submitted: April 22, 2026
Decided: May 1, 2026

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Opinion and Order dated June 3, 2025, and its Opinion and Order Following Trial dated August 28, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice